AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2014 SEP -3  A 11:04

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| Richard Phillips, James Ngai, Robert Zapf and Ian McCully | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 1:14cv1130 |
| v. | ) ) | |
| Emdad Haque and Silver Diner Development, LLC | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Emdad Haque
Silver Diner
12251 Fair Lakes Parkway
Fairfax, Virginia 22033

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Thomas F. Hennessy
Virginia Employment and Family Law Officer, PLLC
4015 Chain Bridge Road, Suite 6
Fairfax, Virginia 22030
(703) 865-8836 (phone)
(703) 865-7633 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   09/03/2014   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2014 SEP -3 A 11: 04

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| Richard Phillips, James Ngai, Robert Zapf and Ian McCully | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:14 cv 1130 |
| Emdad Haque and Silver Diner Development, LLC | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Silver Diner Development, LLC
Serve: CT Corporation System (agent)
4701 Cox Rd Suite 285
Glen Allen VA 23060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas F. Hennessy
Virginia Employment and Family Law Officer, PLLC
4015 Chain Bridge Road, Suite 6
Fairfax, Virginia 22030
(703) 865-8836 (phone)
(703) 865-7633 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 09/03/2014

*Signature of Clerk or Deputy Clerk*