Reset Form     Print Form

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __1:14-cv-01130-GBL__, Case Name __Phillips et al. v Haque et al.__
Party Represented by Applicant: __Plaintiffs__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Justin Derek Zelikovitz__
Bar Identification Number __986001__     State __DC__
Firm Name __Law Office of Justin Zelikovitz PLLC__
Firm Phone # __202-803-6081__     Direct Dial # __202-803-6083__     FAX # __202-683-6102__
E-Mail Address __justin@dcwagelaw.com__
Office **Mailing** Address __519 H Street NW; Washington, DC 20001__

Name(s) of federal court(s) in which I have been admitted __USDC - Maryland; USDC - District of Columbia__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

__/s/Justin Zelikovitz__
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

__/s/ Thomas F. Hennessy__        __9/16/2014__
(Signature)                        (Date)
__Thomas F. Hennessy__             __32850__
(Typed or Printed Name)            (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____        _____
(Judge's Signature)                      (Date)